Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
HOA LAWYERS GROUP, LLC
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:   (702) 222-4043
steve@nrs116.com
*Attorney for Defendant*
*VILLA DEL ORO OWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOMF IIIB 2014-19NPL1 CORP., | Case No.   2:17-cv-01106<br>Dept. No.   VII |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT VILLA DEL ORO OWNERS ASSOCIATION** |
| KEVIN MONINGER, AMELITA MONINGER, VILLA DEL ORO OWNERS ASSOCIATION, ASSET RECOVERY SERVICES, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT VILLA DEL ORO OWNERS ASSOCIATION**

Plaintiff, BOMF IIIB 2014-19NPL1 CORP., by and through its counsel, Natalie L. Winslow, Esq., of AKERMAN, LLP, and Defendant, VILLA DEL ORO OWNERS ASSOCIATION, by and through its counsel, Steven T. Loizzi, Jr., Esq., of HOA LAWYERS GROUP, LLC, hereby agree and stipulate as follows:

**IT IS STIPULATED AND AGREED** that the Default entered against Defendant, VILLA DEL ORO OWNERS ASSOCIATION on or about September 13, 2017 is hereby set aside.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant, VILLA DEL ORO OWNERS ASSOCIATION shall have 10 days from the date of entry of this Stipulation and Order with the Court to file a responsive pleading to the Complaint.

DATED this 2nd day of October, 2017.

HOA LAWYERS GROUP, LLC

*/s/ Steven T. Loizzi, Jr., Esq.*
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite #204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax: (702) 222-4043
*Attorney for Defendant, Villa Del Oro Owners Association*

DATED this 2nd day of October, 2017.

AKERMAN, LLP

*/s/ Natalie L. Winslow, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Phone: (702) 634-5000
Fax: (702) 380-8572
*Attorney for Plaintiff, BOMF IIIB 2014-19NPL! Corp.*

# **ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Default entered against Defendant, VILLA DEL ORO OWNERS ASSOCIATION on or about September 13, 2017 is hereby set aside.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant, VILLA DEL ORO OWNERS ASSOCIATION shall have 10 days from the date of entry of this Stipulation and Order with the Court to file a responsive pleading to the Complaint.

**IT IS SO ORDERED.**

DATED this __11__ day of October, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted by:

HOA LAWYERS GROUP, LLC

_/s/ Steven T. Loizzi, Jr., Esq.____
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite #204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax: (702) 222-4043
*Attorney for Defendant, Villa Del Oro Owners Association*