1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for BOMF IIIB 2014-19NPL1 Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOMF IIIB 2014-19NPL1 CORP., | Case No.: 2:17-cv-01106-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |
| KEVIN MONINGER, AMELITA MONINGER, VILLA DEL ORO OWNERS ASSOCIATION, ASSET RECOVERY SERVICES, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff BOMF IIIB-10NPL1 Corp. (**plaintiff**) and Villa del Oro Owners Association (**HOA**) stipulate and agree to continue the settlement conference set in this matter, currently set for August 15, 2018 at 9:30 AM. ECF No. 32. Plaintiff and the HOA further stipulate and agree as follows:

1. The property at issue in this lawsuit is located at 3153 Arville Street, Las Vegas, Nevada 89102.

2. The HOA foreclosed on the property on or about August 14, 2013. The property reverted to the HOA as a result of the foreclosure sale.

3. The HOA owned the property at the time plaintiff initiated the current litigation.

4. On July 11, 2017, the HOA quitclaimed the property to SALV LLC, a non-party to this litigation. A quitclaim deed was recorded with the Clark County Recorder as instrument no. 20170712-0000837.

45896000;1

5. Plaintiff recently became aware of the quitclaim deed when preparing for the upcoming settlement conference.

6. Concurrently with the filing of this stipulation to continue the settlement conference, plaintiff and the HOA are filing a motion to join SALV as a defendant to this litigation.

7. Plaintiff and the HOA believe the settlement conference will not be productive if the current owner of the property is not a party to the settlement conference. In addition, plaintiff states it recently assigned the deed of trust to Bank of America, N.A., and is in the process of recording the assignment with the Clark County Recorder. Plaintiff anticipates plaintiff and Bank of America will request to substitute Bank of America in the place of plaintiff once the recording process is complete. Because it is Bank of America that now holds the beneficial interest in the deed of trust, the parties believe that Bank of America should also be a party to any upcoming settlement conference.

45896000;1

8. Accordingly, plaintiff and the HOA request the court continue the settlement conference for approximately 90 days to allow SALV LLC and Bank of America to appear in the litigation, and attend any upcoming settlement conference.

| **AKERMAN LLP** | **HOA LAWYERS GROUP, LLC** |
|---|---|
| */s/Natalie L. Winslow*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for BOMF IIIB 2014-19NPL1 Corp.* | */s/Steven T. Liozzi*<br>STEVEN T. LOIZZI, JR., ESQ.<br>Nevada Bar No. 10920<br>9500 W. Flamingo, Suite 204<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Villa Del Oro Owners Association* |

**IT IS ORDERED** that the settlement conference currently scheduled for August 15, 2018, at 9:30 a.m., is **VACATED** and **CONTINUED** to November 28, 2018, at 9:30 a.m. in Chambers Room 3017.  Confidential statements shall be due no later than 4:00 p.m. November 20, 2018.

Dated: August 3, 2018

_____
Peggy A. Leen
United States Magistrate Judge

3

45896000;1