1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for BOMF IIIB 2014-19NPL1 Corp. and
   Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOMF IIIB 2014-19NPL1 CORP., | Case No.: 2:17-cv-01106-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO SUBSTITUTE PARTIES** |
| vs. | |
| SALV LLC, KEVIN MONINGER, AMELITA MONINGER, VILLA DEL ORO OWNERS ASSOCIATION, ASSET RECOVERY SERVICES, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO SUBSTITUTE PARTIES**

PLEASE TAKE NOTE that BOMF IIIB 2014-19NPL1 Corp. (**BOMF**), Bank of America, N.A. (**BANA**), and Villa Del Oro Owners Association, by and through their respective counsel of record, hereby stipulate and agree to the substitution of BANA in place and stead of BOMF to this

46145994;1

matter and to the case caption. BANA is the current beneficiary of record in this action.

DATED this 22nd day of August, 2018.

| **AKERMAN LLP** | **HOA LAWYERS GROUP, LLC** |
|---|---|
| /s/Natalie L. Wnslow | /s/Steven T. Liozzi |
| DARREN T. BRENNER, ESQ. | STEVEN T. LOIZZI, JR., ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 10920 |
| NATALIE WINSLOW, ESQ. | 9500 W. Flamingo Road, Suite 204 |
| Nevada Bar No. 12125 | Las Vegas, NV 89147 |
| 1635 Village Center Circle, Suite 200 | Telephone: (702) 222-4033 |
| Las Vegas, Nevada 89134 | Facsimile: (702) 222-4043 |
| Telephone: (702) 634-5000 | |
| Facsimile: (702) 380-8572 | *Attorneys for Villa Del Oro Owners Association* |
| *Attorneys for BOMF IIIB 2014-19NPL1 Corp. and Bank of America, N.A.* | |

## **ORDER**

**UPON STIPULATION** of the parties, and good cause appearing therefore, it is hereby **ORDERED AND ADJUDGED** that Bank of America, N.A. will be substituted in place and stead of BOMF IIIB 2014-19NPL1 Corp. in this matter and to the case caption.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2018

2

46145994;1