ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
natalie.winslow@akerman.com

*Attorneys for Bank of America, N.A.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

SALV LLC, KEVIN MONINGER, AMELITA MONINGER, VILLA DEL ORO OWNERS ASSOCIATION, ASSET RECOVERY SERVICES, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:17-cv-01106-GMN-PAL

**ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE AND FOR LEAVE TO SERVE SALV LLC BY PUBLICATION**

Bank of America, N.A. submits the following proposed order granting Bank of America's motion enlarging the time for service and authorizing service of the summons and complaint on defendant Salv LLC by publication. *See* ECF No. 45.

Bank of America filed its motion to enlarge time for service and for leave to serve Salv LLC by publication on October 30, 2018. ECF No. 43-44. The court, having read Bank of America's motion and being fully apprised of the matter, orders as follows:

The court finds good cause exists to enlarge the time for Bank of America to serve Salv, and to allow Bank of America to serve Salv by publication, for the reasons stated in Bank of America's motion. ECF No. 43-44. Accordingly, the court grants Bank of America's request to serve Salv by publication, and to enlarge the time for Bank of America to serve Salv by publication. Bank of America shall have 60 days after entry of this order to effectuate service on Salv by publication. Service by publication shall be made in Nevada Legal News, published in the state of Nevada, for a period of four weeks, and at least once a week during said time.

IT IS SO ORDERED.

**UNITED STATES MAGISTRATE JUDGE**

DATED: November 7, 2018

Respectfully Submitted by:

**AKERMAN LLP**

*/s/ Natalie L. Winslow, Esq.*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572