# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BANK OF AMERICA, N.A

                    Plaintiff,

        v.

SALV LLC, ET AL

                    Defendants.

DEFAULT

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01106-GMN-PAL

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that the Court finds that SALV, LLC acquired its ownership interest in the property located at 3153 Arville Street, Las Vegas Nevada 89102, APN 167-07-411-080 subject to the deed of trust recorded on November 21, 2009, at Instrument No. 200912010001115.

Default Judgment is hereby entered in favor of Bank of America, N.A. and against SALV LLC.


December 17, 2019                               DEBRA K. KEMPI
Date                                             Clerk


                                                 /s/ J. Matott
                                                 Deputy Clerk