ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SALV LLC, KEVIN MONINGER, AMELITA MONINGER, VILLA DEL ORO OWNERS ASSOCIATION, ASSET RECOVERY SERVICES, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01106-GMN-BNW <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq. and Rex D. Garner, Esq.

DATED this 10th day of September, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-4*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:17-cv-01106-GMN-BNW

2