AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of America, N.A.,

          Plaintiff,

v.

Kevin Moninger, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01106-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of )Plaintiff Bank of America, N.A. and against Defendant Asset Recovery Services.

that Default Judgment is entered in favor of )Plaintiff Bank of America, N.A. and against Defendants Kevin Moninger and Amelita Moninger.

11/30/2020
Date

DEBRA K. KEMPI
Clerk

/s/ Aaron S. Blazevich
Deputy Clerk